AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Brett, Dean R. | U.S. District Court, W.D., WA | 09/20/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Part-time Magistrate Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

Dean R. Brett
1310 10th St, Suite 104
Bellingham, WA 98225

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | Alumina Micro, LLC/Investor Ptr |
| 2. | Board Member | Bellingham-Whatcom Public Facilities District, Board of Directors |
| 3. | Partner | Brett Murphy Coats Knapp McCandlis & Brown, PLLC |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2006 | Brett & Coats 401K Retirement Plan (see Pt VII, Line 1) |
| 2. | 2012 | Brett Murphy 401K Retirement Plan |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brett, Dean R. | 09/20/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2012 | Brett, Murphy, Coats, Knapp, McCandlis and Brown, PLLC | $905,809.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brett, Dean R. | 09/20/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brett, Dean R. | 09/20/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brett & Coats PLLC 401K 100% in Northern Funds Stock Index | E | Int./Div. | P1 | T | | | | | |
| 2. 1/6th Interest in Sumiyoshi Apt Building Bellevue, WA King | E | Rent | O | W | | | | | |
| 3. US Bank via Trust UA 91-649xxxx | A | Int./Div. | J | T | | | | | |
| 4. Brokerage Accounts Wayc....next 63 items | | | | | | | | | |
| 5. Garmin Ltd | A | Int./Div. | J | T | Buy | 08/24/12 | J | | |
| 6. Lennar Corp | A | Int./Div. | J | T | Buy | 10/10/12 | J | | |
| 7. Macy's Inc | A | Int./Div. | J | T | Buy | 08/17/12 | J | | |
| 8. Conagra Foods | A | Int./Div. | J | T | Buy | 08/17/12 | J | | |
| 9. CIGNA | A | Int./Div. | J | T | Buy | 11/16/12 | J | | |
| 10. Novo-Nordisk | A | Int./Div. | J | T | Buy | 11/08/12 | J | | |
| 11. BB&T Corp | A | Int./Div. | J | T | Buy | 05/24/12 | J | | |
| 12. City Natl Corp | A | Int./Div. | J | T | Buy | 11/08/12 | J | | |
| 13. HCC Holdings | A | Int./Div. | J | T | Buy | 12/17/12 | J | | |
| 14. Jones Lang Lasalle | A | Int./Div. | J | T | Buy | 07/09/12 | J | | |
| 15. Partnerre Ltd | A | Int./Div. | J | T | Buy | 11/15/12 | J | | |
| 16. CoreLogic | A | Int./Div. | J | T | Buy | 08/17/12 | J | | |
| 17. FAIR ISAAC INC | A | Int./Div. | J | T | Buy | 02/17/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brett, Dean R. | 09/20/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. IAC/INTERACTIVE | A | Int./Div. | J | T | Buy | 02/17/12 | J | | |
| 19. Syntel | A | Int./Div. | J | T | Buy | 07/09/12 | J | | |
| 20. B C E INC NEW F | A | Int./Div. | J | T | Buy | 05/24/12 | J | | |
| 21. American Water Works | A | Int./Div. | J | T | Buy | 10/09/12 | J | | |
| 22. Tesoro Corp | A | Int./Div. | J | T | Buy | 08/17/12 | J | | |
| 23. Western Refining | A | Int./Div. | J | T | Buy | 08/17/12 | J | | |
| 24. Cabot Corp | A | Int./Div. | J | T | Buy | 07/09/12 | J | | |
| 25. AGCO Corp | A | Int./Div. | J | T | Buy | 08/07/12 | J | | |
| 26. Allegiant Travel | A | Int./Div. | J | T | Buy | 08/20/12 | J | | |
| 27. Carlisle Co | A | Int./Div. | J | T | Buy | 08/03/12 | J | | |
| 28. Quanta Svcs | A | Int./Div. | J | T | Buy | 11/08/12 | J | | |
| 29. Trinity Indust | A | Int./Div. | J | T | Buy | 11/08/12 | J | | |
| 30. Union Pac Corp | A | Int./Div. | J | T | Buy | 07/25/12 | J | | |
| 31. Westinghouse Airbrake Tech | A | Int./Div. | J | T | Buy | 05/24/12 | J | | |
| 32. CBS | A | Int./Div. | J | T | Buy | 08/03/12 | J | | |
| 33. Dillards | A | Int./Div. | J | T | Buy | 08/17/12 | J | | |
| 34. Royal Dutch Shell ADR | A | Int./Div. | | | Sold | 11/07/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brett, Dean R. | 09/20/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. PPG Industries | A | Int./Div. | J | T | | | | | |
| 36. Cummins Inc | A | Int./Div. | | | Sold | 06/04/12 | J | A | |
| 37. Kansas City Southern | A | Int./Div. | | | Sold | 09/28/12 | J | A | |
| 38. Wabco Holdings | A | Int./Div. | | | Sold | 06/25/12 | J | A | |
| 39. Borg-Warner | A | Int./Div. | | | Sold | 07/20/12 | J | A | |
| 40. Altera Corp | A | Int./Div. | | | Sold | 07/20/12 | J | A | |
| 41. Coherent Inc | A | Int./Div. | | | Sold | 07/12/12 | J | A | |
| 42. Novellus Sys Inc | A | Int./Div. | | | Sold | 04/18/12 | J | A | |
| 43. Companhis De Saneamento | A | Int./Div. | | | Sold | 03/19/12 | J | A | |
| 44. Vanguard Gro Index | | None | | | Sold | 01/03/12 | J | A | |
| 45. Vanguard Value Index | | None | | | Sold | 01/03/12 | J | A | |
| 46. Teva Pharmaceutical Ind Ltd | A | Int./Div. | | | Sold | 09/28/12 | J | A | |
| 47. Dollar Tree | A | Int./Div. | | | Sold | 04/09/12 | J | A | |
| 48. Apple Computer | A | Int./Div. | | | Sold | 03/21/12 | J | A | |
| 49. Tractor Supply Co | A | Int./Div. | J | T | | | | | |
| 50. Banco Santander Chile | A | Int./Div. | | | Sold | 03/19/12 | J | A | |
| 51. Oil State Intl | A | Int./Div. | | | Sold | 04/20/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brett, Dean R. | 09/20/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Stone Energy | A | Int./Div. | | | Sold | 05/09/12 | J | A | |
| 53. CF Holdings | A | Int./Div. | J | T | | | | | |
| 54. Kirby Corp | A | Int./Div. | | | Sold | 06/04/12 | J | A | |
| 55. Lincoln Elec Holdings | A | Int./Div. | | | Sold | 07/30/12 | J | A | |
| 56. Harman Intl Inds Inc | A | Int./Div. | | | Sold | 06/25/12 | J | A | |
| 57. Limited Brands | A | Int./Div. | | | Sold | 08/02/12 | J | A | |
| 58. Corn Products Inc | A | Int./Div. | | | Sold | 08/02/12 | J | A | |
| 59. Eliz Arden | A | Int./Div. | | | Sold | 08/02/12 | J | A | |
| 60. Wellcare Health Plans | A | Int./Div. | | | Sold | 04/10/12 | J | A | |
| 61. Columbia Banking Sys | A | Int./Div. | | | Sold | 05/14/12 | J | A | |
| 62. Discover Financial Svcs | A | Int./Div. | J | T | | | | | |
| 63. Intercontinental Exchg | A | Int./Div. | | | Sold | 10/02/12 | J | A | |
| 64. Rayonier Inc REIT | A | Int./Div. | | | Sold | 04/18/12 | J | A | |
| 65. Columbia Mid Cap Fd | | None | | | Sold | 01/03/12 | J | A | |
| 66. Vanguard Sm Cap Index | | None | | | Sold | 01/03/12 | J | A | |
| 67. Schwab Advisor Cash Reserves Sweep Shares | A | Int./Div. | J | T | | | | | |
| 68. .05175% Interest in Alumina Micro LLC | | None | J | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brett, Dean R. | 09/20/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | IRA @ Merrill Lynch next 8 items | | | | | | | | | |
| 70. | Frontier Communications | A | Int./Div. | J | T | | | | | |
| 71. | ML Ret. Reserves CL 1 | A | Int./Div. | J | T | | | | | |
| 72. | Clorox | A | Int./Div. | J | T | | | | | |
| 73. | Colonial Prop. | A | Int./Div. | J | T | | | | | |
| 74. | GE | A | Int./Div. | J | T | | | | | |
| 75. | Healthcare Inc | A | Int./Div. | J | T | | | | | |
| 76. | Hersheys | A | Int./Div. | J | T | | | | | |
| 77. | Verizon | A | Int./Div. | J | T | | | | | |
| 78. | Lumen IQ Common | | None | J | T | | | | | |
| 79. | 1/4 Remainder interest in parents trust/11 items: | | | | | | | | | |
| 80. | Columbia Cash Reserves Tr (now Bank of Am MM) | A | Int./Div. | | | Sold | 01/31/12 | J | A | |
| 81. | Columbia Sm Cap Growth Fd | A | Int./Div. | | | Sold | 01/31/12 | J | A | |
| 82. | Columbia Int. Core Bond Fund | A | Int./Div. | | | Sold | 01/31/12 | J | A | |
| 83. | Columbia Marisco Mid Cap Gro Fund | A | Int./Div. | | | Sold | 01/31/12 | J | A | |
| 84. | Columbia Lrg Cap Core Fund | A | Int./Div. | | | Sold | 01/31/12 | J | A | |
| 85. | Columbia Lrg Cap Value Fund | A | Int./Div. | | | Sold | 01/31/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brett, Dean R. | 09/20/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Columbia Sm Cap Value Fund | A | Int./Div. | | | Sold | 01/31/12 | J | A | |
| 87. Columbia Mid Cap Value Fund | A | Int./Div. | | | Sold | 01/31/12 | J | A | |
| 88. Columbia Marisco Gro Fund | | None | | | Sold | 01/31/12 | J | A | |
| 89. Real Estate Wenatchee, WA | | None | K | W | | | | | |
| 90. Real Estate acreage Douglas Co, Badger Mtn, WA | | None | N | W | | | | | |
| 91. Lifetime Trust next 70 items | | | | | | | | | |
| 92. Becton Dickinson & Co | A | Int./Div. | J | T | | | | | |
| 93. Expeditors Intl Wash | A | Int./Div. | J | T | | | | | |
| 94. HJ Heinz Co | A | Int./Div. | J | T | | | | | |
| 95. ISHARES MSCI CDA IDX FD Et Al | A | Int./Div. | J | T | | | | | |
| 96. S A P AF ADR | A | Int./Div. | J | T | | | | | |
| 97. SECTOR SPDR MATERIALS FD | A | Int./Div. | J | T | | | | | |
| 98. SNAP ON INC | A | Int./Div. | J | T | | | | | |
| 99. Kitsap Cnty Bond | A | Int./Div. | | | Matured | 06/30/12 | J | | |
| 100. Walt Disney | A | Int./Div. | J | T | | | | | |
| 101. Wells Fargo | A | Int./Div. | J | T | | | | | |
| 102. Blackrock Inc | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brett, Dean R. | 09/20/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Molex Inc | A | Int./Div. | J | T | Buy | 10/19/12 | J | | |
| 104. Nextera Energy | A | Int./Div. | J | T | Buy | 02/10/12 | J | | |
| 105. Norfolk Southern | A | Int./Div. | J | T | Buy | 02/10/12 | J | | |
| 106. Plum Cr Timber | A | Int./Div. | J | T | Buy | 02/10/12 | J | | |
| 107. Germany Index Fd | A | Int./Div. | J | T | Buy | 07/03/12 | J | | |
| 108. Japan Index Fd | A | Int./Div. | J | T | Buy | 07/03/12 | J | | |
| 109. Daktronics | A | Int./Div. | J | T | | | | | |
| 110. Waste Mgmt | A | Int./Div. | J | T | | | | | |
| 111. RBC Bearing | A | Int./Div. | J | T | | | | | |
| 112. Chas. Schwab Muni Money Fund | B | Int./Div. | L | T | | | | | |
| 113. Schwab Sm Cap Index Fd | A | Int./Div. | J | T | | | | | |
| 114. Berkshire Hathaway CL B | A | Int./Div. | J | T | | | | | |
| 115. Coca Cola | A | Int./Div. | J | T | | | | | |
| 116. Abbott Labs | A | Int./Div. | J | T | | | | | |
| 117. Conoco Phillips | A | Int./Div. | J | T | | | | | |
| 118. Costco Whsle Corp | | None | J | T | | | | | |
| 119. Cenovus Energy Inc | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brett, Dean R. | 09/20/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Emerson Elec | A | Int./Div. | J | T | | | | | |
| 121. GE | A | Int./Div. | J | T | | | | | |
| 122. Hewlett Packard | A | Int./Div. | J | T | | | | | |
| 123. Johnson & Johnson | A | Int./Div. | J | T | | | | | |
| 124. Kimberly-Clark | A | Int./Div. | J | T | | | | | |
| 125. Microsoft | A | Int./Div. | J | T | | | | | |
| 126. Paccar | A | Int./Div. | J | T | | | | | |
| 127. Pepsico | A | Int./Div. | J | T | | | | | |
| 128. Proctor & Gamble | A | Int./Div. | J | T | | | | | |
| 129. Royal Dutch Shell ADR | A | Int./Div. | J | T | | | | | |
| 130. Schlumberger LTD | A | Int./Div. | J | T | | | | | |
| 131. ABB Ltd ADR | A | Int./Div. | J | T | | | | | |
| 132. UPS | A | Int./Div. | J | T | | | | | |
| 133. Walgreen Co. | A | Int./Div. | J | T | | | | | |
| 134. Washington Federal Inc | A | Int./Div. | J | T | | | | | |
| 135. Scwab Int'l Index Fund | A | Int./Div. | J | T | | | | | |
| 136. Canon | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brett, Dean R. | 09/20/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Cisco | A | Int./Div. | J | T | | | | | |
| 138. EMC COrp | A | Int./Div. | J | T | | | | | |
| 139. Exxon-Mobil | A | Int./Div. | J | T | | | | | |
| 140. GlaxoSmithKline | A | Int./Div. | J | T | | | | | |
| 141. Intel | A | Int./Div. | J | T | | | | | |
| 142. Novo Nordisk | A | Int./Div. | J | T | | | | | |
| 143. Statoil ASA ADR | A | Int./Div. | J | T | Buy | 05/30/12 | J | | |
| 144. Stryker | A | Int./Div. | J | T | | | | | |
| 145. Ishares MSCI Aust IDX Fd | A | Int./Div. | J | T | Buy | 05/30/12 | J | | |
| 146. 3M | A | Int./Div. | J | T | | | | | |
| 147. ISHARES Switzerland Index Fund | A | Int./Div. | J | T | | | | | |
| 148. Astrazeneca PLC ADR | A | Int./Div. | | | Sold | 07/03/12 | J | | |
| 149. Harris Corp | A | Int./Div. | J | T | | | | | |
| 150. Chevron | A | Int./Div. | J | T | | | | | |
| 151. Clark County Bond | A | Int./Div. | | | Matured | 12/01/12 | J | | |
| 152. Cons Edison | A | Int./Div. | J | T | | | | | |
| 153. Auto Data Processing | A | Int./Div. | J | T | | | | | |

1. Income Gain Codes:       A =$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000    G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes               J =$15,000 or less       K =$15,001 - $50,000       L =$50,001 - $100,000     M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                             P3 =$25,000,001 - $50,000,000                        P4 =More than $50,000,000
3. Value Method Codes        Q =Appraisal             R =Cost (Real Estate Only)  S =Assessment            T =Cash Market
   (See Column C2)            U =Book Value            V =Other                   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Brett, Dean R. | 09/20/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. United Tech | A | Int./Div. | J | T | | | | | |
| 155. Starbucks | A | Int./Div. | J | T | | | | | |
| 156. Encana Corp | A | Int./Div. | J | T | | | | | |
| 157. The Southern Co | A | Int./Div. | J | T | | | | | |
| 158. Total SA ADR F | A | Int./Div. | J | T | | | | | |
| 159. Medtronic | A | Int./Div. | J | T | | | | | |
| 160. Occidental Pete | A | Int./Div. | J | T | | | | | |
| 161. Deere & Co | A | Int./Div. | J | T | Buy | 06/08/12 | J | | |
| 162. Ishares NASDAQ Bio Fd | A | Int./Div. | J | T | Buy | 06/08/12 | J | | |
| 163. Danaher Corp | A | Int./Div. | J | T | Buy | 10/26/12 | J | | |
| 164. Schwab 1000 Index Fd | A | Int./Div. | J | T | Buy | 07/03/12 | J | | |
| 165. Apple Inc | A | Int./Div. | J | T | Buy | 11/09/12 | J | | |
| 166. Air Prod. & Chem. Inc | A | Int./Div. | J | T | | | | | |
| 167. Allergan Inc | A | Int./Div. | J | T | | | | | |
| 168. BP PLC ADR F | A | Int./Div. | J | T | | | | | |
| 169. Brokerage Acct#2, next 20 items | | | | | | | | | |
| 170. Cubesmart | A | Int./Div. | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brett, Dean R. | 09/20/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Kimberly Clark | A | Int./Div. | J | T | | | | | |
| 172. Astrazeneca PLC | A | Int./Div. | J | T | | | | | |
| 173. Automatic Data Proc | A | Int./Div. | J | T | | | | | |
| 174. Bank of Am | A | Int./Div. | J | T | | | | | |
| 175. Pacific Corp | A | Int./Div. | J | T | | | | | |
| 176. Bellsouth/AT&T | B | Int./Div. | L | T | | | | | |
| 177. Merrill Lynch Bank USA | B | Int./Div. | M | T | | | | | |
| 178. Citigroup Inc | C | Int./Div. | L | T | | | | | |
| 179. Coca Cola | A | Int./Div. | K | T | | | | | |
| 180. GE | B | Int./Div. | K | T | | | | | |
| 181. Johnson & Johnson | B | Int./Div. | L | T | | | | | |
| 182. Microsoft | B | Int./Div. | M | T | | | | | |
| 183. PACCAR | A | Int./Div. | J | T | Buy | 06/01/12 | J | | |
| 184. Schlumberger LTD | A | Int./Div. | L | T | | | | | |
| 185. Vodaphone Gr PLC | A | Int./Div. | K | T | | | | | |
| 186. HCP | A | Int./Div. | J | T | | | | | |
| 187. Realty Incm Fund | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Seaspan | A | Int./Div. | J | T | | | | | |
| 189. U-Store It | A | Int./Div. | J | T | | | | | |
| 190. Wells Fargo | A | Int./Div. | J | T | | | | | |
| 191. IRA @ Merrill Lynch next 5 items: | | | | | | | | | |
| 192. Standard & Poor Dep Rec | A | Int./Div. | L | T | Buy | 03/30/12 | L | | |
| 193. BP PLC | A | Int./Div. | | | Sold | 03/3/12 | J | A | |
| 194. Apple Inc | A | Int./Div. | | | Sold | 03/30/12 | J | A | |
| 195. ML Bank USA RASP | A | Int./Div. | J | T | | | | | |
| 196. ML Retirement Reserves | A | Int./Div. | | | Sold | 03/30/12 | J | A | |
| 197. Washington Trust Bank | D | Int./Div. | M | T | | | | | |
| 198. 100% Interest in fixed assets of Brett, Murphy et al | | None | K | W | | | | | |
| 199. Peoples Bank MM Acct | B | Int./Div. | M | T | | | | | |
| 200. Peoples Bank 4 Accounts | A | Int./Div. | L | T | | | | | |
| 201. Business Condo Bellingham, Wa Whatcom County | E | Rent | M | W | | | | | |
| 202. Vanguard Fds S&P 500 | A | Int./Div. | M | T | | | | | |
| 203. LPL Defined Benefit Plan S&P 500 | C | Int./Div. | O | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brett, Dean R. | 09/20/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Unless otherwise indicated, all stock listings in Part VII are common stocks.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Dean R. Brett**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544